JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHYANN COURAGE,<br><br>    Plaintiff,<br><br>  v.<br><br>1941 NORTH PLACENTIA<br>AVENUE LLC, et al.,<br><br>    Defendants. | Case No.  CV 20-446-GW-MAAx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

IT IS ORDERED THAT: Plaintiff Shyann Courage's ("Plaintiff") action against Defendant 1941 North Placentia Avenue LLC ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: April 15, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE